UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL STACY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DAVID ELOFSON, MENKE JACKSON BEYER ELOFSON EHLIS & HARPER LLP,<br><br>　　　　　　Defendants. | NO. CV-10-3018-EFS<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

　　　On May 10, 2010, Plaintiff filed a Motion for Voluntary Dismissal. (Ct. Rec. 6.) Based on Plaintiff's motion, **IT IS HEREBY ORDERED:**

　　　1. Plaintiff's Complaint **(Ct. Rec. 2)** is **DISMISSED without prejudice** and without fees and costs to any party.

　　　2. This file shall be closed.

　　　3. All pending motions are **DENIED** as moot. All hearings are **STRICKEN**.

　　　**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

　　　**DATED** this ___13th___ day of May 2010.


　　　　　　　　　　　　　　　　　s/Edward F. Shea
　　　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　　　United States District Judge

Q:\Civil\2010\3018.Volunt.Dismiss.wpd

ORDER ~ 1